

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-17-2009

# Bryon Taylor v. Ronnie Holt

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-1192

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Bryon Taylor v. Ronnie Holt" (2009). *2009 Decisions.* Paper 1863.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1863

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 08-1192

BRYON TAYLOR,

                                        Appellant,

v.

RONNIE HOLT

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 06-cv-00436)
District Judge:  Honorable Richard P. Conaboy

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 2, 2009

Before:  SLOVITER, AMBRO, STAPLETON, Circuit Judges

**ORDER AMENDING OPINION**

It appearing that the Not Precedential Opinion issued on February 3, 3009 contains a typographical error with respect to a the statute citation on page 2 line 8, it is hereby ordered that the opinion is amended as follows:

On February 10, 2004, Taylor was sentenced to a term of imprisonment of 46 months in United States District Court for the Northern District of Ohio, at D.C. Crim. No. 4:03-CR-0227, for a violation of 18 U.S.C. § 922(g)(1) (felon in possession of firearm).

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: February 17, 2009